**Order entered December 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00194-CR

### EDWARD LAMAR PORTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-00712-T

## ORDER

On November 6, 2020, we granted appellant's motion to supplement the clerk's and reporter's records. On November 30, 2020, the supplemental clerk's record was filed. To date, the supplemental reporter's record has not been filed and we have had no communication from court reporter Vearneas Faggett.

We **ORDER** court reporter Vearneas Faggett to file, **BY DECEMBER 10, 2020**, a supplemental reporter's record with the transcript from the November 15, 2018 pretrial hearing held in trial court cause number F18-75046-T (the original

trial court number before reindictment), at which appellant requested to proceed pro se at trial. We caution Ms. Faggett that the failure to file the supplemental reporter's record by that date will result in the Court taking whatever measures it deems appropriate to ensure this appeal proceeds, including ordering Ms. Faggettt not to sit.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; Dallas County District Clerk Felicia Pitre; Official Court Reporter Vearneas Faggett, 283rd Judicial District Court; and counsel for the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE